Arthur J. **WILLIAMS,** Plaintiff–
Appellant,

v.

Jo Anne B. **BARNHART,** Commis-
sioner of Social Security, De-
fendant–Appellee.

No. 05–13985.

United States Court of Appeals,
Eleventh Circuit.

May 23, 2006.

John Francis Cameron, Jr., Montgom-
ery, AL, for Plaintiff–Appellant.

James J. Dubois, Montgomery, AL,
Christina Young Mein, Office of the Gener-
al Counsel, Kansas City, MO, for Defen-
dant–Appellee.

Before HULL and WILSON, Circuit
Judges, and DUPLANTIER,* District
Judge.

PER CURIAM:

Arthur J. Williams appeals the district
court's order affirming the Commissioner's
denial of his application for disability in-
surance benefits, 42 U.S.C. § 405(g). Af-
ter review and oral argument, we vacate
and remand.

In a previous remand order, the Appeals
Council directed the Administrative Law
Judge ("ALJ") to supplement the record
with Williams's Department of Veterans
Affairs ("VA") medical records. The ALJ
complied with the order and requested the
records, but apparently the records sent to
the ALJ did not include the VA's Rating
Decision, which found Williams disabled
under the VA's disability framework. It is
undisputed that the ALJ did not reference
or address the Rating Decision in its June
6, 2002 decision.

Thus, on remand Williams shall be al-
lowed to supplement the record before the
ALJ with the VA's Rating Decision. The
ALJ then shall review Williams's claim
again and specifically address in its deci-
sion the VA's Rating Decision. While we
recognize that the ALJ's prior decision
addressed at some length Williams's VA
medical evidence, nonetheless, in its deci-
sion the ALJ should specifically also con-
sider and address the VA's Rating Deci-
sion itself.

Nothing here shall be construed as bear-
ing on the ultimate outcome on remand as
to whether Williams is or is not disabled
and entitled to benefits.

In conclusion, we vacate the district
court's order dated May 20, 2005 and re-
mand this case with instructions that it be
returned to the Commissioner for further
proceedings consistent with this opinion.

**VACATED AND REMANDED.**

---

* Honorable Adrian G. Duplantier, United
States District Court for the Eastern District
of Louisiana, sitting by designation.